UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY )<br>As Subrogee of JOHN C. DRISCOLL, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHIRLPOOL CORPORATION, )<br>)<br>Defendant. ) | Docket No. 1:17-cv-131-JD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now Come the parties to the above-captioned matter and hereby stipulate to the dismissal of this action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with respect to all parties and all claims. The dismissal shall be with prejudice and without costs, waiving all rights to appeal.

| Respectfully submitted,<br>Attorney for Plaintiff, | Attorneys for Defendant<br>Whirlpool Corporation |
|---|---|
| /s/BrettRCorson<br>Brett R. Corson, #264844<br>Sloane and Walsh, LLP<br>15 Constitution Drive, Suite 100<br>Bedford, NH 03110<br>Telephone: (603) 310-5085 | /s/Tracy D. Knox<br>Erin J.M. Alarcon, #15116<br>Melick and Porter, LLP<br>One Liberty Square, 7th Floor<br>Boston, MA 02109<br>Telephone: (617) 523-6200 |
| DATED: January 14, 2019 | Tracy D. Knox (Pro Hac Vice)<br>Indiana State Bar No. 15639-71<br>Barnes & Thornburg LLP<br>700 1st Source Bank Center<br>100 N. Michigan<br>South Bend, IN 46601<br>Telephone: (574) 237-1286 |

1502932.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY )<br>As Subrogee of JOHN C. DRISCOLL, III, )<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>WHIRLPOOL CORPORATION )<br>    *Defendant,* )<br>) | Docket No. 1:17-cv-131-JD |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and first class mail or email copies will be sent to those indicated as non-registered participants or to those parties not yet appearing on the date indicated below.

/s/ Brett R.Corson

DATED: January 14, 2019                Brett R. Corson, Bar No. 264844

1502932.1